# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

## TRANSFER ORDER

The following cases are hereby transferred to the docket of the Honorable Marcia Crone, with her agreement.

1. *United States v. Marco F. Madaio,* 4:06cr238;

2. *United States v. Franciscus Maria Berdina Gerrits, et al,* 4:11cr156;

3. *United States v. Dean Edward Buescher,* 4:12cr124;

4. *United States v. Lorenzo Magana, et al,* 4:13cr14;

5. *United States v. Sergio Torres, et al,* 4:13cr18;

6. *United States v. Rafael Barbosa*, et al, 4:13cr57;

7. *United States v. Candido Garcia Silva,* 4:13cr58;

8. *United States v. Arturo Palacios, et al*; 4:13cr67;

9. *United States v. Michael Kirkpatrick,* 4:13cr71;

10. *United States v. Stephen King, et al,* 4:13cr93;

11. *United States v. Jason Vera,* 4:13cr101;

12. *United States v. Sindel Nerli Adame-Gomez, et al,* 4:13cr156;

13. *United States v. Daniel Ranfery Morales-Gutierrez, et al,* 4:13cr160;

14. *United States v. Habiboola Niamatali, et al,* 4:13cr176;

15. *United States v. Raul Cruz Aguilar, et al*, 4:13cr181;

16. *United States v. Michael Harrison Matthews*, 4:13cr208;

17. *United States v. Joshua Mark Ford*, 4:13cr215;

18. *United States v. Nirako Cummings, et al*, 4:13cr233;

19. *United States v. Hoa Lee Perkins, et al*, 4:13cr244;

20. *United States v. Tenna Rogers Tompkins, et al*, 4:13cr269;

21. *United States v. Lino Briones, et al*, 4:13cr270;

22. *United States v. Daniel Lee Dougan*, 4:14cr26;

23. *United States v. David Brown, et al*, 4:14cr28;

24. *United States v. Gina Spratling, et al*, 4:14cr35;

25. *United States v. Mohammad Zaim Nawaz, et al*, 4:14cr47;

26. *United States v. Peter Sanchez,* 4:14cr51;

27. *United States v. Cyrus Gharib, et al*, 4:14cr53;

28. *United States v. Jose Luis Campuzano-Casino,* 4:14cr75;

29. *United States v. Neal Ravon Taylor,* 4:14cr76;

30. *United States v. Kyle Kevin Martin,* 4:14cr78;

31. *United States v. Corey Evans, et al,* 4:14cr97;

32. *United States v. Chijioke Obiora, et al,* 4:14cr101;

33. *United States v. Jose Gutierrez-Loya, et al,* 4:14cr107;

34. *United States v. David Piedra Vergara, et al,* 4:14cr108;

35. *United States v. Joshua Ray Fann, et al,* 4:14cr129;

36. *United States v. Felipe Jesus Castillo Vara, et al;* 4:14cr130;

37. *United States v. Bradley Cornelius Frazier;* 4:14cr131;

38. *United States v. Terry Eugene Campbell,* 4:14cr133;

39. *United States v. Jacobb Ryan Chapman,* 4:14cr134;

40. *United States v. James David Burtner, et al;* 4:14cr141;

41. *United States v. Danisha Lasha Allen, et al,* 4:14cr143;

42. *United States v. Richard Lee Abraham,* 4:14cr145;

43. *United States v. Jorge Alejandro Lopez-Ponce, et al;* 4:14cr147;

44. *United States v. Jose Jesus Muniz, et al,* 4:14cr149;

45. *United States v. Gregg Robert Luedde,* 4:14cr152;

46. *United States v. Gary Don Franks;* 4:14cr155;

47. *United States v. Sean Page;* 4:14cr160;

48. *United States v. Daniel Abraham Stone,* 4:14cr164;

49. *United States v. Florence Kroma,* 4:14cr165;

50. *United States v. Ernest Jasso;* 4:14cr167;

51. *United States v. Johnny Lee Allie,* 4:14cr168;

52. *United States v. Jamison Ross Ellis, et al,* 4:14cr176;

53. *United States v. Andrew Avila, et al;* 4:14cr177;

54. *United States v. Isaac Ivan Hartfield;* 4:14cr178;

55. *United States v. Jorge Valentino Lozan Ramirez,* 4:14cr179;

56. *United States v. Robert Gildner, et al;* 4:14cr180;

57. *United States v. Kyle M. Govindasamy;* 4:14cr192;

58. *United States v. Joe Edward Cummings;* 4:14cr194;

59. *United States v. George E. Green;* 4:14cr195;

IT IS SO ORDERED.

**SIGNED this the 27th day of January, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE